FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** JOE JESSE MONGE and ROSANA ELENA MONGE | **DEFENDANTS** ALICIA ROJAS and FRANCISCO JAVIER JAYME |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Sidney Diamond, PC, 3800 N. Mesa, Suite B-3<br>El Paso, TX 79902 (915) 532-3327 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Recovery of money/property §542 Turnover of Property And Validity, Priority or Extent of Lien or Other Interest In Property FRBP 2001(2) | |

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>JOE JESSE MONGE and ROSANA ELENA MONGE | BANKRUPTCY CASE NO.<br>09-30881 | |
| DISTRICT IN WHICH CASE IS PENDING<br>WESTERN DISTRICT OF TEXAS | DIVISIONAL OFFICE<br>EL PASO DIVISION | NAME OF JUDGE<br>LIEF M. CLARK |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>06/14/2010 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>SIDNEY J. DIAMOND | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | |
| JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Plaintiff,<br><br>v<br><br>ALICIA ROJAS and FRANCISCO<br>JAVIER JAYME,<br><br>Defendants, | CASE NO: 09-30881-lmc<br><br>CHAPTER 11<br><br>ADVERSARY NO. _____ |

### COMPLAINT TO RECOVER AND FOR TURNOVER OF PROPERTY AND TO DETERMINE NATURE, EXTENT AND VALIDITY OF LIENS AND FOR DAMAGES

TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:

Come now, Joe Jesse Monge and Rosana Elena Monge, Plaintiffs/Debtors in the above-entitled and numbered case by and through Sidney J. Diamond, of Sidney Diamond, P.C., their attorney and files this Complaint to Recover and for Turnover of Property and to Determine the Nature, Extent and Validity of Lien and For Damages and in support thereof would respectfully show the Court as follows:

1. This is an action brought by the Plaintiffs as Debtors-in-Possession in the above-captioned bankruptcy proceeding to recover and for turnover of property and to determine nature, extent and validity of liens and for damages pursuant to the provisions of 11 U.S.C.§542.

2. On or about April 27, 2009, the Plaintiffs/Debtors, Joe Jesse Monge and Rosana Elena Monge, filed a voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code, 11

COMPLAINT TO DETERMINE NATURE, EXTENT AND VALIDITY OF LIENS, TO
AVOID SECURITY INTEREST AND FOR DAMAGES - Page - 1

U.S.C. 1101, et seq. which is presently pending. The Debtors are subject to the jurisdiction of this Court pursuant to his filing of the above-captioned Chapter 11 case. No trustee has been appointed in this Chapter 11 case

3. Jurisdiction over this adversary proceeding is under 18 U.S.C. 544 (a)(1). This is a core proceeding under 28 U.S.C. 157(b)(2)(A)(K) & (O) and 11 U.S.C. 544(a)(1).

4. Venue is proper under 28 U.S.C. 1409(a)

5. Upon information and belief, Defendants Alicia Rojas and Francisco Javier Jayme are husband and wife whose address is 105 Thoroughbred Court, Santa Teresa, New Mexico 88008-9130 and may be served under F.R. Bankr. P. 7004 via First Class U.S. Mail. Alicia Rojas and Francisco Javier Jayme were listed as creditors of Plaintiffs/Debtors.

6. On February 1, 2006, Plaintiffs purchased the house and lot located at 105 Thoroughbred Court, Santa Teresa, NM for the purchase price of $607,500.00 from Francisco J. Jayme. Paintiffs claim ownership of the real property located at 105 Thoroughbred Court, Santa Teresa, New Mexico.

7. On February 3, 2005, Alicia Rojas entered into a rental agreement with Plaintiffs wherein she agreed to rent the house in an amount equal to the monthly mortgage payment of approximately $7,019.19 per month to include escrow and to pay all expenses and utilities with an option to purchase the house in one year. Alicia Rojas failed to make the rent payments as agreed and has defaulted on the rental agreement. Alicia Rojas and Francisco J. Jayme have lived in the property but have not made the rent payments as agreed and the contract has since expired. Plaintiffs, Joe Jesse Monge and Rosana Elena Monge claim that they are presently owed the approximate amount of $28,076.76 from Defendants.

8. Plaintiffs are entitled to a judgment for the amounts Defendants are in default, plus costs, attorney's fees, any damages to the home and past due interest on the loan.

**COMPLAINT TO DETERMINE NATURE, EXTENT AND VALIDITY OF LIENS, TO AVOID SECURITY INTEREST AND FOR DAMAGES - Page - 2**

9. Additionally, Plaintiffs are entitled to damages pursuant to the provisions of 11 U.S.C.§542.

10. Plaintiffs request that Defendants be required to immediately turn over the property to Plaintiffs.

**WHEREFORE, PLAINTIFFS RESPECTFULLY REQUEST THE FOLLOWING RELIEF:**

1. Entry of an order determining that Plaintiffs are the owners of the property located at 105 Thoroughbred Court, Santa Teresa, NM and entitled to rental payments for 1 year and additional rental payments for each month succeeding the month after the expiration of the lease;

2. Entry of an order ordering Defendants to turn over the property at 105 Thoroughbred Court, Santa Teresa, NM to Plaintiffs.

3. An Order determining the amount of damages caused by Defendants' violation of the automatic stay, and entry of a judgment in said amount against the Defendants in favor of the Plaintiffs; and

4. For such other and further relief to which Plaintiffs may show themselves justly entitled.

**DATED:** June 14, 2010.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

/s/ Sidney J. Diamond
By: Sidney J. Diamond
Attorney for Debtors
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
sidney@sidneydiamond.com