U.S. Bankruptcy Court
Western District of Texas

In re:

                                      Case No. 09-30881-lmc
                                      Chapter No. 11

JOE JESSE MONGE AND ROSANA ELENA MONGE
Debtor

                                      Adv. Proc. No. 10-03019-lmc

JOE JESSE MONGE
ROSANA ELENA MONGE
Plaintiff
v.
ALICIA ROJAS AND FRANCISCO JAVIER JAYME
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Western District of Texas<br>8515 Lockheed<br>El Paso, TX 79925 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Sidney J. Diamond<br>3800 N Mesa C-4<br>El Paso, TX 79902 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*
**06/14/2010**

George D. Prentice II, Clerk Of Court

*George Prentice*

# CERTIFICATE OF SERVICE

I, __Sidney J. Diamond__, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __June 14, 2010__ by:
(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Francisco Javier Jayme
105 Thoroughbred Court
Santa Teresa, NM 88008-9130

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__June 14, 2010__                                            _____
Date                                                                            Signature

| Print Name | Sidney J. Diamond | | | | |
|---|---|---|---|---|---|
| Business Address | 3800 N. Mesa, Suite B-3 | | | | |
| City | El Paso | State | TX | Zip | 79902 |