# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### El Paso Division

Bankruptcy Case No.: 09–30881–lmc
Chapter No.: 11

IN RE: **Joe Jesse Monge and Rosana Elena Monge**, Debtor(s)

Adversary Proceeding No.: 10–03019–lmc
Judge: Leif M. Clark

**Joe Jesse Monge et al.**
Plaintiff

v.

**Alicia Rojas et al.**
Defendant

## SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the following deadlines shall control this adversary proceeding:

1. **DISCOVERY:** 9/28/10

2. **DISPOSITIVE MOTIONS:** 10/13/10

3. **DOCKET CALL FOR TRIAL:** 12/6/10 at **12:30 PM**

   at **El Paso Courtroom 1, 8515 Lockheed, El Paso, TX 79925**

4. **PRE–TRIAL ORDER:** 11/26/10

**IT IS FURTHER ORDERED** that all deadlines and requirements in the Addendum, located in Appendix L–7016–a of the Local Rules, shall be a part of this Order and shall be adhered to by all parties to this adversary proceeding.

Dated: 7/15/10

George D. Prentice II
Clerk, U. S. Bankruptcy Court
BY: Lisa Elizondo

[Scheduling Order (AP)] [OschAPap]