# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 09–30881–lmc
Chapter No.: 11

IN RE: **Joe Jesse Monge and Rosana Elena Monge**, Debtor(s)

Adversary Proceeding No.: 10–03019–lmc
Judge: Leif M. Clark

**Joe Jesse Monge et al.**
Plaintiff

v.

**Alicia Rojas et al.**
Defendant

## RESET
## NOTICE OF DOCKET CALL

**PLEASE TAKE NOTICE** that a docket call will be held

at   El Paso Courtroom 1, 8515 Lockheed, El Paso, TX 79925

on   **12/1/10 at 03:00 PM**

Docket Call RESET to Consider and Act Upon the Following: (related document(s): [1] Adversary case 10–03019. Complaint filed by Joe Jesse Monge, Rosana Elena Monge against Alicia Rojas, Francisco Javier Jayme (Filing Fee: $ 250.00) (Nature(s) of Suit:(11 (Recovery of money/property – 542 turnover of property)),(21 (Validity, priority or extent of lien or other interest in property))). (Diamond, Sidney)) Docket Call Set For 12/1/2010 at 03:00 PM at El Paso Courtroom 1 ***SET PER THE COURT'S DIRECTION*** (Elizondo, Lisa)

Docket call will be held only for the purpose of taking written agreed orders, oral settlement announcements, or time announcements on matters not settled. You need not bring witnesses to docket call. Trial time on the matters set for hearing, if needed, will be scheduled for a later date after the date of the docket call. Failure to attend docket call may result in dismissal or a default judgment being granted on the matters set for hearing. CREDITORS AND OTHER PARTIES IN INTEREST NEED NOT ATTEND IF THEY ARE NOT AFFECTED OR DO NOT OBJECT TO THE MATTER SET FOR HEARING. You may authorize any member of the Bar of this Court, including opposing counsel, to make an appearance at docket call on your behalf.

Dated: 8/3/10

George D. Prentice II
Clerk, U. S. Bankruptcy Court