**SO ORDERED.**

**SIGNED this 04th day of August, 2010.**

_____
**LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE**

_____

# United States Bankruptcy Court

**Western District of Texas
El Paso Division**

| | |
|---|---|
| IN RE | BANKR. CASE NO. |
| JOE JESSE MONGE & ROSANA ELENA MONGE | 09-30881-C |
| *DEBTORS* | CHAPTER 11 |
| JOE JESSE MONGE & ROSANA ELENA MONGE | |
| *PLAINTIFFS* | |
| V. | ADV. NO. 10-3019-C |
| ALICIA ROJAS & FRANCISCO JAYME | |
| *DEFENDANTS* | |

### ORDER DENYING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM

CAME ON for consideration the motion of the plaintiffs to dismiss defendant's counterclaim, pursuant to Rule 12(b)(6), for failure to state a claim for which relief can be granted. The defendants responded.

The plaintiffs confirmed a chapter 11 plan. In the plan all executory contracts not otherwise expressly assumed were deemed rejected. Plaintiffs here contend that, as a result of this rejection, the defendants cannot have a claim against the plaintiffs and their counterclaim should be dismissed. Plaintiffs counter that, in response to the rejection, they made the election contemplated under section 365(*i*) of title 11, and that they have rights under Texas law as well to cure any defaults there might be with respect to the option to purchase. Thus, they maintain, their counterclaim is not invalid as a matter of law.

The defendants are correct. Their counterclaim is not foreclosed as a matter of law by the plan's having rejected the executory contract. Under section 365(*i*), the nondebtor party to a contract for the sale of land, where that party is in possession of the property, has the right to elect to remain in possession of the property, subject to the various other requirements spelled out therein. Whether the nondebtor party can or cannot satisfy those requirements are issues of fact to be resolved by the trial of the counterclaim. They are certainly not the appropriate subject of a motion to dismiss for failure to state a claim, because the defendants, in their counterclaim, most certainly *have* stated a claim for which relief can be granted. *See Turoff v. Sheets (In re Sheets)*, 277 B.R. 298, 303 (Bankr. N.D.Tex. 2002) (explaining the operation of section 365(*i*) and the public policy issues that led to its enactment).

It is unnecessary to further address the other arguments made in defendants' response. The motion to dismiss is, for the reasons stated, denied.

# # #

# CERTIFICATE OF NOTICE

```
District/off: 0542-3          User: resendezl          Page 1 of 1              Date Rcvd: Aug 05, 2010
Case: 10-03019                Form ID: pdfintp         Total Noticed: 5

The following entities were noticed by first class mail on Aug 07, 2010.
dft            Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
dft           +Francisco Javier Jayme,   105 Thoroughbred,    Santa Teresa, NM 88008-9130
pla           +Joe Jesse Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
pla           +Rosana Elena Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928

The following entities were noticed by electronic transmission on Aug 05, 2010.
ust            E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                   United States Trustee - EP12,
               U.S. Trustee's Office,   615 E. Houston, Suite 533,    P.O. Box 1539,
               San Antonio, TX 78295-1539
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
cc*           +Francisco Javier Jayme,   105 Thoroughbred,    Santa Teresa, NM 88008-9130
cd*           +Joe Jesse Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*           +Rosana Elena Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 07, 2010**                          **Signature:** *Joseph Speetjens*