**SO ORDERED.**

**SIGNED this 25th day of August, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER GRANTING REQUEST FOR LEAVE TO FILE AMENDMENT
TO ANSWER TO COMPLAINT AND COUNTERCLAIM

On this day the Court considered the Request filed by the Defendants and Counter-Plaintiffs for leave to file amendment to Answer to Complaint and Counterclaim, and the Court hereby grants said request.

IT IS, THEREFORE, ORDERED that the Defendants and Counter-Plaintiffs in the above-captioned adversary proceeding shall be allowed to file an Amendment to Answer to Complaint and Counterclaim.

# # #

LANE C. REEDMAN
Guevara, Baumann, Coldwell & Reedman, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.:  (915) 544-6646