**SO ORDERED.**

**SIGNED this 25th day of August, 2010.**

_____
**LEIF M. CLARK**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER GRANTING REQUEST FOR LEAVE TO FILE AMENDMENT
TO ANSWER TO COMPLAINT AND COUNTERCLAIM

On this day the Court considered the Request filed by the Defendants and Counter-Plaintiffs for leave to file amendment to Answer to Complaint and Counterclaim, and the Court hereby grants said request.

IT IS, THEREFORE, ORDERED that the Defendants and Counter-Plaintiffs in the above-captioned adversary proceeding shall be allowed to file an Amendment to Answer to Complaint and Counterclaim.

# # #

LANE C. REEDMAN
Guevara, Baumann, Coldwell & Reedman, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.: (915) 544-6646

# CERTIFICATE OF NOTICE

```
District/off: 0542-3              User: yarbrough              Page 1 of 1              Date Rcvd: Aug 26, 2010
Case: 10-03019                    Form ID: pdfintp             Total Noticed: 5

The following entities were noticed by first class mail on Aug 28, 2010.
dft            Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
dft           +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
pla           +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
pla           +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928

The following entities were noticed by electronic transmission on Aug 26, 2010.
ust             E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                    United States Trustee - EP12,
                 U.S. Trustee's Office,    615 E. Houston, Suite 533,    P.O. Box 1539,
                 San Antonio, TX  78295-1539
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
cc*            Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
cc*           +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
cc*           +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
cd*           +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*           +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*           +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*           +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
                                                                               TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 28, 2010**               **Signature:** *Joseph Speetjens*