Reset hearing shall be held on 3/7/2010 at 12:30 PM in El Paso Courtroom 1. Movant is responsible for notice.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: October 13, 2010.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER EXTENDING ALL DEADLINES AND
CONTINUING SETTING OF DOCKET CALL FOR TRIAL

      Came on to be considered the Joint Stipulation Extending all Deadlines and Joint Motion for Continuance of Docket Call for Trial, and the Court being of the opinion that said Motion should be granted, it is hereby,

ORDERED that all scheduling deadlines in the above-captioned adversary proceeding be extended for a period of ninety (90) days, and it is,

FURTHER ORDERED that the docket call for trial in the above-captioned adversary proceeding, scheduled for December 1, 2010 at 3:00 p.m., hereby is continued.

# # #

AGREED:

LANE C. REEDMAN
Guevara, Baumann, Coldwell & Reedman, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.: (915) 544-6646

SIDNEY J. DIAMOND
Diamond Law
3800 North Mesa Street, Suite B-3
El Paso, Texas 79902
Tel.: (915) 532-3327

# CERTIFICATE OF NOTICE

```
District/off: 0542-3           User: yarbrough              Page 1 of 1         Date Rcvd: Oct 14, 2010
Case: 10-03019                 Form ID: pdfintp             Total Noticed: 5

The following entities were noticed by first class mail on Oct 16, 2010.
 dft           Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
 dft          +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
 pla          +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
 pla          +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928

The following entities were noticed by electronic transmission on Oct 15, 2010.
 ust           E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                         United States Trustee - EP12,
               U.S. Trustee's Office,    615 E. Houston, Suite 533,    P.O. Box 1539,
               San Antonio, TX 78295-1539
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cc*           Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
 cc*           Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
 cc*          +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
 cc*          +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
 cd*          +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
 cd*          +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
 cd*          +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
 cd*          +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
                                                                                 TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2010**               **Signature:** _Joseph Speetjens_