**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

**IN RE:**

**JOSE JESSE MONGE and
ROSANA ELENA MONGE,**

    **Debtor.**

_____

**JOE JESSE MONGE and
ROSANA ELENA MONGE,**

    **Plaintiffs,**

**vs.**

**ALICIA ROJAS and FRANCISCO
JAYME,**

    **Defendants.**

**Case No.: 09-30881 -LMC**

**CHAPTER 11**

**ADVERSARY NO: 10-3019**

**JOINT  STIPULATION FOR ENTRY OF ORDER TO EXTEND DEADLINES**

**TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY
JUDGE:**

    COMES NOW, JOE JESSE MONGE and ROSANA ELENA MONGE, Plaintiffs herein,

joined by ALICIA ROJAS and FRANCISCO JAYME (" Defendants"), Defendants herein, and file

this their Joint Stipulation Extending all Deadlines and Moving for Continuance on the Docket Call

for Trial, as grounds therefore state:

    1.    The deadlines established in the above captioned case provide that discovery be

completed by 12/27/10, that dispositive motions be filed by 1/11/2011, and that the pretrial order

be submitted by 2/24/2011.

    2.    The parties have proceeded to investigate the alleged facts of this case and both

Plaintiffs and Defendants believe that additional discovery will be beneficial. The parties therefore

jointly stipulate that all of the deadlines in this case be extended for a period of sixty (60) days to

**JOINT  STIPULATION FOR ENTRY OF ORDER TO EXTEND DEADLINES, Page 1**

allow for the parties to fully develop the facts and obtain documents, potentially from third parties. Such an extension of sixty (60) days will require that the docket call for trial to be continued, and the parties therefore jointly move that the docket call for trial to be continued to all for the said extension.

3.      It is further agreed that this Stipulation is without prejudice to the rights of Plaintiffs or Defendants to seek additional extensions of the Deadlines in this case by and through another stipulation or further order of this Court and either parties' right to object thereto.

4..     The Undersigned Parties agree that this Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.

**WHEREFORE**, Plaintiffs and Defendants request that the Court:

1.      Enter the Joint  Stipulation extending all deadlines in this case.

**DATED:** December 14, 2010.

Respectfully submitted:


GUEVARA, BAUMANN, CALDWELL & REEDMAN, LLP.           DIAMOND LAW,


 /s/ Lane C. Reedman_____            /s/ Sidney J. Diamond_____
Lane C. Reedman                          Sidney J. Diamond
Attorney for Defendant                   Attorney for Debtors/Plaintiff
Texas Bar Card No. 16698400              Texas Bar Card No.: 5803000
4171 North Mesa Street, Suite B-201       3800 N. Mesa, Suite B-3
El Paso, TX 79902                         El Paso, Texas  79902
(915) 544-6646                           (915) 532-3327 Voice
(915) 544-8305                           (915) 532-3355 Fax
                                         Sidney@sidneydiamond.com


**JOINT  STIPULATION FOR ENTRY OF ORDER TO EXTEND DEADLINES, Page 2**