**Docket call is hereby reset to May 11, 2011 at 3:00 pm (mt), and not May 5, 2011.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: January 03, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>　　　　　Debtors.<br>_____<br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>　　　　　Plaintiffs,<br>v.<br><br>ALICIA ROJAS and FRANCISCO JAYME,<br><br>　　　　　Defendants. | CASE NO: 09-30881-lmc<br><br><br><br><br>CHAPTER 11<br><br><br><br><br>ADVERSARY NO. 10-3019 |

### ORDER EXTENDING ALL DEADLINES AND CONTINUING SETTING OF DOCKET CALL FOR TRIAL

Came on to be considered the Joint Stipulation Extending all Deadlines and Moving for

Continuance on the Docket Call for Trial, and the Court being of the opinion that said

Stipulation is appropriate to grant the requested relief. **IT IS THEREFORE,**

**ORDERED** that:

1. The Stipulation filed by Movants is hereby approved and all deadlines in this adversary proceeding are moved out sixty (60) days, as follows:

- Discovery Deadline: moved from December 27, 2010 to February 25, 2011.

- Dispositive Motions: moved from January 11, 2011 to March 13, 2011.

- Docket Call: moved from December 6, 2010 to on or about May 5, 2011.

- Pre-Trial Order: moved from February 24, 2011 to April 25, 2011.

2. The Order is without prejudice to the rights of Plaintiffs or Defendants to seek additional extensions of the Deadlines in this case by and through another stipulation or further order of this Court and either parties' right to object thereto.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

####

**AGREED AS TO SUBSTANCE AND FORM:**

**GUEVARA, BAUMANN, COLDWELL & REEDMAN, LLP**          **DIAMOND LAW,**

/s/ Lane C. Reedman                                               /s/ Sidney J. Diamond
  **Lane C. Reedman**                                          **Sidney J. Diamond**
  **Texas Bar Card No. _____**                         **Texas Bar Card No: 5803000**
  **Guevara, Baumann, Coldwell,& Reedman, LLP**                **3800 N. Mesa, Suite B-3**
  **4171 North Mesa Street, Suite B-201**                      **El Paso, TX 79902**
  **El Paso, Texas 79902**                                     **(915) 532-3327 Voice**
  **Tel.: (915) 544-6646**                                     **(915) 532-3355 Fax**