**Docket call is hereby reset to May 11, 2011 at 3:00 pm (mt), and not May 5, 2011.**

# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: January 03, 2011.**

HCMott
_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | CASE NO: 09-30881-lmc |
| JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Plaintiffs,<br>v.<br><br>ALICIA ROJAS and FRANCISCO JAYME,<br><br>Defendants. | CHAPTER 11<br><br><br><br>ADVERSARY NO. 10-3019 |

**ORDER EXTENDING ALL DEADLINES AND CONTINUING SETTING OF DOCKET CALL FOR TRIAL**

Came on to be considered the Joint Stipulation Extending all Deadlines and Moving for

Continuance on the Docket Call for Trial, and the Court being of the opinion that said

Stipulation is appropriate to grant the requested relief. **IT IS THEREFORE,**

**ORDERED** that:

1. The Stipulation filed by Movants is hereby approved and all deadlines in this adversary proceeding are moved out sixty (60) days, as follows:

- Discovery Deadline: moved from December 27, 2010 to February 25, 2011.

- Dispositive Motions: moved from January 11, 2011 to March 13, 2011.

- Docket Call: moved from December 6, 2010 to on or about May 5, 2011.

- Pre-Trial Order: moved from February 24, 2011 to April 25, 2011.

2. The Order is without prejudice to the rights of Plaintiffs or Defendants to seek additional extensions of the Deadlines in this case by and through another stipulation or further order of this Court and either parties' right to object thereto.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

####

**AGREED AS TO SUBSTANCE AND FORM:**

**GUEVARA, BAUMANN, COLDWELL & REEDMAN, LLP**               **DIAMOND LAW,**

 /s/ Lane C. Reedman                                           /s/ Sidney J. Diamond
  Lane C. Reedman                                               Sidney J. Diamond
  Texas Bar Card No. _____                           Texas Bar Card No: 5803000
  Guevara, Baumann, Coldwell,& Reedman, LLP                     3800 N. Mesa, Suite B-3
  4171 North Mesa Street, Suite B-201                           El Paso, TX 79902
  El Paso, Texas 79902                                          (915) 532-3327 Voice
  Tel.: (915) 544-6646                                          (915) 532-3355 Fax

# CERTIFICATE OF NOTICE

```
District/off: 0542-3           User: yarbrough            Page 1 of 1              Date Rcvd: Jan 03, 2011
Case: 10-03019                 Form ID: pdfintp           Total Noticed: 5
```

The following entities were noticed by first class mail on Jan 05, 2011.
```
dft            Alicia Rojas,   105 Thoroughbred Court,   Santa Teresa, NM 88008-9130
dft           +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
pla           +Joe Jesse Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
pla           +Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
```
The following entities were noticed by electronic transmission on Jan 03, 2011.
```
ust            E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                             United States Trustee - EP12,
               U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
               San Antonio, TX  78295-1539
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            Alicia Rojas,   105 Thoroughbred Court,   Santa Teresa, NM 88008-9130
cc*            Alicia Rojas,   105 Thoroughbred Court,   Santa Teresa, NM 88008-9130
cc*           +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
cc*           +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
cd*           +Joe Jesse Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
cd*           +Joe Jesse Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
cd*           +Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
cd*           +Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2011**                    **Signature:**   _Joseph Speetjens_