IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

<u>JOINT STIPULATION FOR ENTRY OF ORDER TO EXTEND DEADLINES</u>

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JOE JESSE MONGE and ROSANA ELENA MONGE, Plaintiffs herein, jointed by ALICIA ROJAS and FRANCISCO JAYME ("Defendants"), Defendants herein, and file this their Joint Stipulation Extending all Deadlines and Moving for Continuance on the Docket Call for Trial, and as grounds therefore state:

1.      The deadlines established in the above-captioned case provide that discovery by completed by 02/25/2011, that dispositive motions be filed by 02/02/2011, and that the pretrial order be submitted by 03/25/2011.

2.      The parties have not been able to complete discovery and both Plaintiffs and Defendants believe that additional discovery will be beneficial.  The parties, therefore, jointly stipulate that all of the deadlines in this case be extended for a period of ninety (90) days to allow for the parties to fully develop the facts and obtain documents, potentially from third parties.  Such an extension of ninety (90) days will

require that the docket call for trial to be continued, and the parties, therefore, jointly move that the docket call for trial be continued to all for the said extension.

    3.    It is further agreed that this Stipulation is without prejudice to the rights of Plaintiffs or Defendants to seek additional extensions of the Deadlines in this case by and through another stipulation or further order of this Court and either parties' right to object thereto.

    4.    The undersigned parties agree that this Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.

    WHEREFORE, Plaintiffs and Defendants request that the Court enter the Joint Stipulation extending all deadlines in this case.

    DATED:        February 18, 2011

GUEVARA, BAUMANN, COLDWELL
 REEDMAN & LUTHER, LLP

DIAMOND LAW

By:_____/s/ Lane C. Reedman_____
  Lane C. Reedman
  Attorney for Defendants
  Texas Bar Card No. 16698400
  4171 North Mesa Street, Suite B-201
  El Paso, Texas  79902
  Tel.: (915) 544-6646
  Fax.: (915) 544-8305
  gbcr_law@att.net

By:_____/s/ Sidney J. Diamond_____
  Sidney J. Diamond
  Attorney for Debtors/Plaintiff
  Texas Bar Card No. 5803000
  3800 North Mesa Street, Suite B-3
  El Paso, Texas  79902
  Tel.: (915) 532-3327
  Fax.: (915) 532-3355
  Sidney@sidneydiamond.com