Reset hearing shall be held on 8/10/2011 at 03:00 PM in El Paso Courtroom 1. Movant is responsible for notice.

Docket call shall be 8/10/11 @ 3pm; discovery deadline is 6/24/11; Pretrial Order is due 7/27/11. This will be last extension.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 22, 2011.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER EXTENDING ALL DEADLINES AND
CONTINUING SETTING OF DOCKET CALL FOR TRIAL

Came on to be considered the Joint Stipulation Extending All Deadlines and Joint Motion for Continuance of Docket Call for Trial, and the Court being of the opinion that said Motion should be granted, it is hereby;

Page 1 of 2

ORDERED that all scheduling deadlines in the above-captioned proceeding be extended for a period of ninety (90) days, and it is,

FURTHER ORDERED that the docket call for trial in the above-captioned adversary proceeding, hereby is continued.

# # #

AGREED:

LANE C. REEDMAN
Guevara, Baumann, Coldwell, Reedman & Luther, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.: (915) 544-6646

SIDNEY DIAMOND
Diamond Law, P.C.
3800 North Mesa Street, Suite B-3
El Paso, Texas 79902
Tel.: (915) 532-3327

# CERTIFICATE OF NOTICE

```
District/off: 0542-3          User: yarbrough             Page 1 of 1                  Date Rcvd: Feb 22, 2011
Case: 10-03019                Form ID: pdfintp            Total Noticed: 5

The following entities were noticed by first class mail on Feb 24, 2011.
dft             Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
dft            +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
pla            +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
pla            +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928

The following entities were noticed by electronic transmission on Feb 22, 2011.
ust             E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                            United States Trustee - EP12,
                 U.S. Trustee's Office,    615 E. Houston, Suite 533,    P.O. Box 1539,
                 San Antonio, TX 78295-1539
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*             Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
cc*             Alicia Rojas,    105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
cc*            +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
cc*            +Francisco Javier Jayme,    105 Thoroughbred,    Santa Teresa, NM 88008-9130
cd*            +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*            +Joe Jesse Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*            +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*            +Rosana Elena Monge,    51 Sierra Crest Dr.,    El Paso, TX 79902-1928
                                                                           TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2011**                                  **Signature:** *Joseph Speetjens*