IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

MOTION TO WITHDRAW REQUEST FOR LEAVE TO FILE SUPPLEMENT
TO AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIM

TO THE HONORABLE BANKRUPTCY JUDGE PRESIDING:

COME NOW ALICIA ROJAS and FRANCISCO JAYME (collectively "Defendant"), the Defendants and Counter-Plaintiffs herein, and file this their Motion to Withdraw Request For Leave to File Supplement To their Amended Answer To Complaint and Counterclaim, and as grounds therefor would show:

1. Plaintiffs filed their Request For Leave to File Supplement To their Amended Answer To Complaint and Counterclaim on March 1, 2011.

2. This Request was incorrectly filed and should have been filed as a request to file a second amended answer and counterclaim. Defendants will file a request to file a second amended answer and counterclaim, and therefore wish to withdraw their Request For Leave to File Supplement To their Amended Answer To Complaint and Counterclaim filed on March 1, 2011.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the Defendant's Request For Leave to File Supplement To their Amended Answer To Complaint and Counterclaim filed on March 1, 2011 be withdrawn.

Respectfully submitted,

GUEVARA, BAUMANN, COLDWELL, REEDMAN & LUTHER, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.: (915) 544-6646
Fax.: (915) 544-8305

By: _____
Lane C. Reedman
Texas State Bar No. 16698400

Attorneys for Defendants, ALICIA ROJAS and FRANCISCO JAYME

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class U.S. mail, postage prepaid, to the following parties the 9th day of March, 2011.

| Plaintiff' Attorney | Plaintiffs |
|---|---|
| Mr. Sidney J. Diamond | Joe and Rosana Monge |
| 3800 North Mesa Street, Suite B-3 | 51 Sierra Crest Drive |
| El Paso, Texas 79902 | El Paso, Texas 79902 |

_____
LANE C. REEDMAN