**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 14, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER WITHDRAWING REQUEST FOR LEAVE TO FILE SUPPLEMENT
TO AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIM

On this day the Court considered the Motion to Withdraw the Request filed by the Defendants and Counter-Plaintiffs for leave to file a supplement to their Amended Answer to

Complaint and Counterclaim, and the Court hereby orders that the said Motion is Granted, and the said Request for Leave to File Supplement To Amended Answer and Counterclaim filed on March 1, 2011 is Withdrawn.

# # #

LANE C. REEDMAN
Guevara, Baumann, Coldwell, Reedman & Luther, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.:   (915) 544-6646