**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 14, 2011.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER WITHDRAWING REQUEST FOR LEAVE TO FILE SUPPLEMENT
TO AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIM

On this day the Court considered the Motion to Withdraw the Request filed by the Defendants and Counter-Plaintiffs for leave to file a supplement to their Amended Answer to

Complaint and Counterclaim, and the Court hereby orders that the said Motion is Granted, and the said Request for Leave to File Supplement To Amended Answer and Counterclaim filed on March 1, 2011 is Withdrawn.

# # #

LANE C. REEDMAN
Guevara, Baumann, Coldwell, Reedman & Luther, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.:    (915) 544-6646

```
                          United States Bankruptcy Court
                            Western District of Texas
Monge,
         Plaintiff                                          Adv. Proc. No. 10-03019-hcm

Rojas,
         Defendant
                              CERTIFICATE OF NOTICE
District/off: 0542-3          User: yarbrough          Page 1 of 1            Date Rcvd: Mar 14, 2011
                              Form ID: pdfintp         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2011.
dft           Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
dft          +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
pla          +Joe Jesse Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
pla          +Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Mar 14 2011 22:40:45     United States Trustee - EP12,
              U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
              San Antonio, TX  78295-1539
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*           Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
cc*           Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM 88008-9130
cc*          +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
cc*          +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
cd*          +Joe Jesse Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
cd*          +Joe Jesse Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
cd*          +Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
cd*          +Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
                                                                                 TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2011**                    **Signature:** _Joseph Speetjens_