**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 04, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JOE JESSE MONGE and ROSANA ELENA MONGE, | § § § | CASE NO. 09-30881-lmc |
| Debtors. | § § | |
| JOE JESSE MONGE and ROSANA ELENA MONGE, | § § § | CHAPTER 11 |
| Plaintiffs, | § § | |
| v. | § § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § § § | |
| Defendants. | § | |

ORDER GRANTING REQUEST FOR LEAVE TO FILE
SECOND AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIM

On this day the Court considered the Request filed by the Defendants and Counter-Plaintiffs for leave to file Second Amended Answer to Complaint and Counterclaim, and the Court hereby grants said request.

IT IS, THEREFORE, ORDERED that the Defendants and Counter-Plaintiffs in the above-captioned adversary proceeding shall be allowed to file a Second Amended to Answer to Complaint and Counterclaim.

# # #

LANE C. REEDMAN
Guevara, Baumann, Coldwell & Reedman, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.: (915) 544-6646