**Docket call reset to 10/12/2011 at 3pm. Pre-trial order due 9/30/2011
unless case settled prior to such date.**



# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

## Dated: July 18, 2011.

_HCMott_

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER EXTENDING ALL DEADLINES AND
CONTINUING SETTING OF DOCKET CALL FOR TRIAL

Came on to be considered the Joint Stipulation Extending All Deadlines and Joint Motion for

Continuance of Docket Call for Trial, and the Court being of the opinion that said Motion should be granted,

it is hereby;

ORDERED that all scheduling deadlines in the above-captioned proceeding be extended for a period of sixty (60) days, and it is,

FURTHER ORDERED that the docket call for trial in the above-captioned adversary proceeding, hereby is continued.

# # #

AGREED:

LANE C. REEDMAN
Guevara, Baumann, Coldwell, Reedman & Luther, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.:    (915) 544-6646

SIDNEY DIAMOND
Diamond Law, P.C.
3800 North Mesa Street, Suite B-3
El Paso, Texas 79902
Tel.:    (915) 532-3327