Docket call reset to 10/12/2011 at 3pm. Pre-trial order due 9/30/2011 unless case settled prior to such date.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: July 18, 2011.

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | CASE NO. 09-30881-lmc |
| | § | |
| Debtors. | § | |
| | § | |
| JOE JESSE MONGE and | § | CHAPTER 11 |
| ROSANA ELENA MONGE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 10-3019 |
| ALICIA ROJAS and FRANCISCO JAYME, | § | |
| | § | |
| Defendants. | § | |

ORDER EXTENDING ALL DEADLINES AND
CONTINUING SETTING OF DOCKET CALL FOR TRIAL

Came on to be considered the Joint Stipulation Extending All Deadlines and Joint Motion for Continuance of Docket Call for Trial, and the Court being of the opinion that said Motion should be granted, it is hereby;

Page 1 of 2

ORDERED that all scheduling deadlines in the above-captioned proceeding be extended for a period of sixty (60) days, and it is,

FURTHER ORDERED that the docket call for trial in the above-captioned adversary proceeding, hereby is continued.

# # #

AGREED:

LANE C. REEDMAN
Guevara, Baumann, Coldwell, Reedman & Luther, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.: (915) 544-6646

SIDNEY DIAMOND
Diamond Law, P.C.
3800 North Mesa Street, Suite B-3
El Paso, Texas 79902
Tel.: (915) 532-3327

```
                           United States Bankruptcy Court
                              Western District of Texas
Monge,
             Plaintiff                                          Adv. Proc. No. 10-03019-hcm
Rojas,
             Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0542-3           User: yarbrough             Page 1 of 1           Date Rcvd: Jul 18, 2011
                               Form ID: pdfintp            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2011.
```
dft          Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM  88008-9130
dft         +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
pla         +Joe Jesse Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
pla         +Rosana Elena Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Jul 18 2011 22:33:03     United States Trustee - EP12,
             U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
             San Antonio, TX  78295-1539
                                                                                               TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*          Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM  88008-9130
cc*          Alicia Rojas,   105 Thoroughbred Court,    Santa Teresa, NM  88008-9130
cc*         +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
cc*         +Francisco Javier Jayme,   105 Thoroughbred,   Santa Teresa, NM 88008-9130
cd*         +Joe Jesse Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*         +Joe Jesse Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*         +Rosana Elena Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
cd*         +Rosana Elena Monge,   51 Sierra Crest Dr.,    El Paso, TX 79902-1928
                                                                                  TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2011**                         **Signature:** _Joseph Speetjens_